# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: admin | Date Created: 12/22/2021 |
| Case: 21–21854–GLT | Form ID: 318 | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　　M&T BANK

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust　　　Office of the United States Trustee　　　ustpregion03.pi.ecf@usdoj.gov
tr　　　Robert H. Slone, Trustee　　　robertslone223@gmail.com
aty　　　E. Vernon Parkinson　　　vern@parkinsonlaw.net
aty　　　Maria Miksich　　　mmiksich@kmllawgroup.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Julia Pennington　　　914 Hillcrest Street　　　Connellsville, PA 15425
smg　　　Pennsylvania Dept. of Revenue　　　Department 280946　　　P.O. Box 280946　　　ATTN: BANKRUPTCY DIVISION　　　Harrisburg, PA 17128–0946
smg　　　Pennsylvania Department of Revenue　　　Bankruptcy Division　　　P.O. Box 280946　　　Harrisburg, PA 17128–0946
15404369　　　1st Financial Bank USA　　　PO Box 1050　　　Monroe, SD 57047
15404370　　　Chase　　　PO Box 15298　　　Wilmington, DE 19850
15404371　　　Harold N.J. Pennington III　　　132 North 6th Street　　　Connellsville, PA 15425
15404372　　　KML Law Group　　　701 Market Street　　　Suite 5000–BNY Mellon Independence Ctr.　　　Philadelphia, PA 19106
15404373　　　M&T Bank　　　PO Box 1288　　　Buffalo, NY 14240
15404374　　　Sec. of Housing & Urban Development　　　2488 East 81st Street　　　Tulsa, OK 74137

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9